# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LEE BROSNAHAN,

                Plaintiff,

v.

MESSERLI & KRAMER P.A.,

                Defendant.

Case No. 17-CV-542-JPS

**ORDER**

      Plaintiff filed his complaint on April 17, 2017. (Docket #1). Federal Rule of Civil Procedure 4(m) provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The ninety-day deadline expired on July 17, 2017. Plaintiff has not provided any proof of service as to Defendant. The Court will therefore require that, **within fourteen (14) days of the entry of this Order**, Plaintiff must provide evidence of service or otherwise explain why good cause exists to extend the Rule 4(m) deadline. Failure to do so will result in dismissal of this action without prejudice and without further notice.

      Accordingly,

      **IT IS ORDERED** that, **within fourteen (14) days of the entry of this Order**, Plaintiff must provide evidence of service or otherwise explain why

good cause exists to extend the Federal Rule of Civil Procedure 4(m) deadline for service as to Defendant.

Dated at Milwaukee, Wisconsin, this 20th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge