# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LEE BROSNAHAN,

                    Plaintiff,

v.                                                              Case No. 17-CV-542-JPS

MESSERLI & KRAMER P.A.,

                    Defendant.                                  **ORDER**

On April 17, 2017, Plaintiff filed this action alleging violations of the Fair Debt Collection Practices Act. (Docket #1). As far as the Court is aware, Defendant has not yet been served with process. *See* (Docket #2). On July 24, 2017, Plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket #3). The Court will adopt Plaintiff's notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #3) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin, this 24th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge